C. M. Cletcher, 1310; Addie Cletcher, 1311, Claimants, vs. State of Illinois, Respondent.

*Opinion filed April 25, 1929.*

A. Wayne Clemens, for claimant.

Oscar E. Carlstrom, Attorney General; Frank R. Eagleton, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

It appears that claimants were employed at the Chicago State Hospital at Dunning, Illinois, an institution owned and operated by the State of Illinois; that on Dec. 28th, 1923, while the claimants were in the performance of their duties a fire occurred in said hospital which destroyed clothing, wearing apparel, goods and chattels of claimants, which property was in the quarters of said claimants in said hospital. It further appears that claimants had no opportunity to prevent the loss of their property; that the safety and control of such property was under the control of the defendant.

The Attorney General comes and admits that claimants did sustain the loss and the question to consider being the amount of the loss.

The court after a careful examination of all the files in the case is of the opinion and hereby recommends that the claimant C. M. Cletcher be awarded the sum of $390.00, and that said claimant Addie Cletcher be awarded the sum of $718.00.